1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JORGE SALHUANA, individually and on
behalf of all others similarly situated,

       Plaintiff,

  v.

DIAMOND FOODS, INC, MICHAEL J.
MENDES, and STEVEN M. NEIL,

      Defendants.
—————————————————/

AND RELATED ACTIONS
—————————————————/

No. C 11-05386 WHA

**ORDER REQUESTING
FILING OF NOTICE OF
PUBLICATION**

     Pursuant to 15 U.S.C. 78u-4(a)(3)(A)(i), "not later than 20 days after the date on which

the complaint is filed, the plaintiff or plaintiffs shall cause to be published, in a widely circulated

national business-oriented publication or wire service, a notice advising members of the purported

plaintiff class — (I) of the pendency of the action, the claim asserted therein, and the purported

class period . . . ."

     By **NOON ON JANUARY 6, 2012**, please file a copy of the notice of publication.  The date

on which the notice was published should be clearly indicated.

     **IT IS SO ORDERED.**

Dated:  January 4, 2011.

                        _____
                        WILLIAM ALSUP
                        UNITED STATES DISTRICT JUDGE