**United States District Court**
For the Northern District of California

1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7
8         FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10 BOARD OF TRUSTEES OF CITY OF HIALEAH    No. C 11-05692 WHA
11 EMPLOYEES' RETIREMENT SYSTEM,
derivatively on behalf of Diamond Foods, Inc.,
12
      Plaintiff,
13
  v.
14
MICHAEL MENDES, *et al.*,
15
      Defendants.
16 ─────────────────────────────────/
17 DAVE LUCIA,                 No. C 11-6417 WHA
18
      Plaintiff,
19
  v.
20                     **ORDER TO SHOW CAUSE**
LAURENCE M. BAER, *et al.*,
21
      Defendants.
22 ─────────────────────────────────/
23
24      The parties in the above-captioned actions have stipulated to consolidate the two
25 derivative actions.  They have also stipulated that plaintiffs Board of Trustees of City of Hialeah
26 Employees' Retirement System and Dave Lucia shall serve as co-lead plaintiffs in the
27 consolidated action and that plaintiffs' current counsel Abraham, Fruchter & Twersky, LLP, and
28 Chapin Fitzgerald Sullivan & Bottini, LLP, respectively, shall serve as co-lead counsel.

The Court is inclined to consolidate the two derivative actions.  However, the parties are **ORDERED TO SHOW CAUSE** why co-lead plaintiffs and co-lead counsel should be appointed and why the Court should not first consider motions to appoint lead plaintiff and lead counsel.  Please respond by **NOON ON FEBRUARY 10, 2012**.

**IT IS SO ORDERED.**

Dated:  February 7, 2012.

_____

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2