**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF CITY OF HIALEAH EMPLOYEES' RETIREMENT SYSTEM, derivatively on behalf of Diamond Foods, Inc., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL MENDES, *et al.*, <br><br> Defendants. / | No. C 11-05692 WHA |
| DAVE LUCIA, <br><br> Plaintiff, <br><br> v. <br><br> LAURENCE M. BAER, *et al.*, <br><br> Defendants. / | No. C 11-6417 WHA <br><br> **ORDER TO SHOW CAUSE** |

The parties in the above-captioned actions have stipulated to consolidate the two derivative actions. They have also stipulated that plaintiffs Board of Trustees of City of Hialeah Employees' Retirement System and Dave Lucia shall serve as co-lead plaintiffs in the consolidated action and that plaintiffs' current counsel Abraham, Fruchter & Twersky, LLP, and Chapin Fitzgerald Sullivan & Bottini, LLP, respectively, shall serve as co-lead counsel.

The Court is inclined to consolidate the two derivative actions. However, the parties are **ORDERED TO SHOW CAUSE** why co-lead plaintiffs and co-lead counsel should be appointed and why the Court should not first consider motions to appoint lead plaintiff and lead counsel. Please respond by **NOON ON FEBRUARY 10, 2012**.

**IT IS SO ORDERED.**

Dated: February 7, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE