DEAN S. KRISTY (CSB NO. 157646)
dkristy@fenwick.com
SUSAN S. MUCK (CSB NO. 126930)
smuck@fenwick.com
JENNIFER BRETAN (CSB NO. 233475)
jbretan@fenwick.com
JAMES J. VARELLAS III (CSB NO. 253633)
jvarellas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants Michael J. Mendes,
Steven M. Neil, Laurence M. Baer, Edward A.
Blechschmidt, John J. Gilbert, Robert M. Lea,
Glen C. Warren, Jr., Richard G. Wolford, Robert J.
Zollars and Nominal Defendant Diamond Foods, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF CITY OF HIALEAH EMPLOYEES' RETIREMENT SYSTEM, derivatively on behalf of Diamond Foods, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. MENDES, STEVEN M. NEIL, LAURENCE M. BAER, EDWARD A. BLECHSCHMIDT, JOHN J. GILBERT, ROBERT M. LEA, GLEN C. WARREN, JR., RICHARD G. WOLFORD and ROBERT J. ZOLLARS,<br><br>Defendant.<br><br>-and-<br><br>DIAMOND FOODS, INC.<br><br>Nominal Defendant. | Case No.: CV-11-05692 WHA<br><br>**STATEMENT IN RESPONSE TO ORDER TO SHOW CAUSE AND IN SUPPORT OF PROCEDURE TO DETERMINE LEAD PLAINTIFF AND LEAD COUNSEL**<br><br><br>Judge: The Honorable William H. Alsup<br><br>Date Action Filed: November 28, 2011 |

| | |
|---|---|
| DAVE LUCIA, derivatively on behalf of DIAMOND FOODS, INC., | Case No.: CV-11-06417 WHA |
| Plaintiff, | Judge: The Honorable William H. Alsup |
| vs. | Date Action Filed: December 19, 2011 |
| LAURENCE M. BAER, EDWARD A. BLECHSCHMIDT, JOHN J. GILBERT, ROBERT M. LEA, MICHAEL J. MENDES, JOSEPH P. SILVEIRA, STEVEN M. NEIL, GLEN C. WARREN, JR., RICHARD G. WOLFORD, and ROBERT J. ZOLLARS, | |
| Defendants, | |
| - and - | |
| DIAMOND FOODS, INC., | |
| Nominal Defendant. | |

STATEMENT IN RESPONSE TO ORDER TO SHOW CAUSE AND IN SUPPORT OF PROCEDURE TO DETERMINE LEAD PLAINTIFF AND LEAD COUNSEL

Case No.: CV-11-05692 WHA
Case No.: CV-11-06417 WHA

Defendants Michael J. Mendes, Steven M. Neil, Laurence M. Baer, Edward A. Blechschmidt, John J. Gilbert, Robert M. Lea, Glen C. Warren, Jr., Richard G. Wolford, Robert J. Zollars and Nominal Defendant Diamond Foods, Inc. ("Diamond" or the "Company") (collectively, "Defendants") hereby submit this statement in response to the Court's February 7, 2012 Order to Show Cause ("Order") and in support of the procedure to determine lead plaintiff and lead counsel identified by the Court.[1]

Defendants are in favor of the lead plaintiff and lead counsel process outlined by the Court for two principal reasons. *First*, it has the potential to avoid the duplicative, bifurcated derivative cases which are currently pending in this Court as well as in Superior Court of California, County of San Francisco. In that respect, these federal derivative actions were brought only after other plaintiffs had already filed substantially similar derivative actions in state court on November 14, 2011 (the "State Derivative Action").[2] It does not advance the interest of the Company, the parties or either Court to have such duplicative proceedings go forward concurrently. By implementing a lead plaintiff procedure, the Court would:

(a) discern whether the federal plaintiffs were aware of the State Derivative Action when these cases were filed and, if they were, how these duplicative cases advance the interests of the Company on whose behalf they were filed;

(b) discern how the federal plaintiffs would propose to proceed in light of the State Derivative Action; and

(c) provide the State Derivative Action plaintiffs with the opportunity to opine on these matters and/or participate in the federal actions.

*Second*, given that a derivative case is allegedly brought on behalf of the Company, the lead plaintiff process would ensure that any proposed lead plaintiff has a meaningful stake in the

---

[1] Certain defendants are in the process of retaining separate counsel. However, because of the deadline to respond to the Court's Order, all Defendants are appearing through existing counsel for purposes of a timely response to the Court.

[2] On January 17, 2012, the state court derivative actions were consolidated as *In re Diamond Foods, Inc. Shareholder Derivative Litigation* under Lead Case No. CGC 11-515895. A consolidated complaint in the State Derivative Action is expected to be filed shortly.

outcome, can satisfy the continuous ownership requirements for bringing suit, and understands the nature of a derivative suit and their responsibilities.

Dated: February 10, 2012                    FENWICK & WEST LLP

By: /s/ *Jennifer C. Bretan*

Jennifer C. Bretan, Esq.

555 California Street, 12th Floor
San Francisco, California  94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350

Attorneys for Defendants Michael J. Mendes, Steven M. Neil, Laurence M. Baer, Edward A. Blechschmidt, John J. Gilbert, Robert M. Lea, Glen C. Warren, Jr., Richard G. Wolford, Robert J. Zollars and Nominal Defendant Diamond Foods, Inc.

**PROOF OF SERVICE**

The undersigned certifies and declares as follows:

I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, California 94104. On the date set forth below, I served a copy of the following document(s):

- **STATEMENT IN RESPONSE TO ORDER TO SHOW CAUSE AND IN SUPPORT OF PROCEDURE TO DETERMINE LEAD PLAINTIFF AND LEAD COUNSEL**

on the interested parties in the subject actions by placing a true copy thereof as indicated below, addressed as follows:

☒ **BY ECF:** electronic service pursuant to General Order No. 45 and Local Rule 5-4. I hereby certify that the above documents were uploaded to the ECF Website and the ECF Webmaster will give email notification to all registered parties.

☒ **VIA OVERNIGHT COURIER:** by placing the document(s) listed above in a sealed envelope with a prepaid shipping label for express delivery and causing such envelope to be transmitted to an overnight delivery service for delivery by the next business day in the ordinary course of business.

**Mitchell M.Z. Twersky**
**Lawrence D. Levit**
**Atara Hirsch**
**Abraham Fruchter & Twersky, LLP**
One Penn Plaza, Suite 2805
New York, NY 10019
mtwersky@aftlaw.com
llevit@aftlaw.com
ahirsch@aftlaw.com

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Dated: February 10, 2012          By:    /s/ *Jennifer C. Bretan*
                                              Jennifer C. Bretan

PROOF OF SERVICE          1          Case No.: CV-11-05692 WHA
                                     Case No.: CV-11-06417 WHA