United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF CITY OF HIALEAH EMPLOYEES' RETIREMENT SYSTEM, derivatively on behalf of Diamond Foods, Inc.,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. MENDES, *et al.*,<br><br>    Defendants.<br><br>  and<br><br>DIAMOND FOODS, INC.<br><br>    Nominal Defendant.<br>_____ / | No. C 11-05692 WHA<br><br>**ORDER DENYING MOTION TO ADJOURN CASE MANAGEMENT CONFERENCE** |
| DAVE LUCIA, derivatively on behalf of Diamond Foods, Inc.,<br><br>    Plaintiff,<br><br>  v.<br><br>LAURENCE M. BAER, *et al.*,<br><br>    Defendants.<br><br>  and<br><br>DIAMOND FOODS, INC.<br><br>    Nominal Defendant.<br>_____ / | No. C 11-06417 WHA |

Defendants have filed a motion for administrative relief to adjourn the case management conference. Plaintiffs oppose. The case management conference will proceed as scheduled. The case management issues raised by plaintiffs in their opposition brief will be addressed at the case management conference. The motion to adjourn the case management conference is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 14, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE