1 | Michael J. Shepard (Bar No. 91281)
2 | HOGAN LOVELLS US LLP
  | 4 Embarcadero Center, 22nd Floor
3 | San Francisco, California 94111
  | Telephone: (415) 374-2301
4 | Facsimile: (415) 374-2499
  | michael.shepard@hoganlovells.com

5 | Norman J. Blears (Bar No. 95600)
  | Maren J. Clouse (Bar No. 228726)
6 | HOGAN LOVELLS US LLP
  | 525 University Avenue, 4th Floor
7 | Palo Alto, California 94301
  | Telephone: (650) 463-4000
8 | Facsimile: (650) 463-4199
  | norman.blears@hoganlovells.com
9 | maren.clouse@hoganlovells.com

10 | Attorneys for Defendant Steven M. Neil

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF CITY OF HIALEAH EMPLOYEES' RETIREMENT SYSTEM, derivatively on behalf of Diamond Foods, Inc., | Case No. 11-CV-05692 WHA  **NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |
| Plaintiff, | The Honorable William H. Alsup |
| v. | Date Action Filed: November 28, 2011 |
| MICHAEL J. MENDES, STEVEN M. NEIL, LAURENCE M. BAER, EDWARD A. BLECHSCHMIDT, JOHN J. GILBERT, ROBERT M. LEA, GLEN C. WARREN, JR., RICHARD G. WOLFORD and ROBERT J. ZOLLARS, | |
| Defendants, | |
| and | |
| DIAMOND FOODS, INC., | |
| Nominal Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Steven M. Neil hereby substitutes the law firm of Hogan Lovells US LLP as his counsel of record in this action, in the place and instead of Fenwick & West LLP.

Pursuant to such substitution, Mr. Neil hereby request that all notices, filings and other documents in this action be served on the following counsel:

Michael J. Shepard (Bar No. 91281)
HOGAN LOVELLS US LLP
4 Embarcadero Center, 22nd Floor
San Francisco, California  94111
Telephone:  (415) 374-2301
Facsimile:   (415) 374-2499
michael.shepard@hoganlovells.com

Norman J. Blears (Bar No. 95600)
Maren J. Clouse (Bar No. 228726)
525 University Avenue, 4th Floor
Palo Alto, California 94301
Telephone:  (650) 463-4000
Facsimile:   (650) 463-4199
norman.blears@hoganlovells.com
maren.clouse@hoganlovells.com

I hereby agree to the foregoing substitution.

Dated:  February 14, 2012               By:        /s/ *Steven M. Neil*
                                                    Steven M. Neil

We hereby agree to the foregoing substitution.

Dated:  February 14, 2012               FENWICK & WEST LLP

                                        By:        /s/ *Jennifer C. Bretan*
                                                    Jennifer C. Bretan

We hereby accept the foregoing substitution.

Dated:  February 14, 2012               HOGAN LOVELLS US LLP

                                        By:        /s/ *Michael J. Shepard*
                                                    Michael J. Shepard

**ORDER**

Pursuant to the foregoing, it is hereby **ORDERED** that the law firm of Hogan Lovells US LLP is substituted as counsel of record in this action for defendant Steven M. Neil, in place and instead of Fenwick & West LLP.

Dated:  February 16, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE

**ATTESTATION**

Pursuant to General Order No. 45, Section X (B), I, Michael J. Shepard, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: February 14, 2012

/s/ *Michael J. Shepard*
Michael J. Shepard