1  Michael J. Shepard (Bar No. 91281)
   HOGAN LOVELLS US LLP
2  4 Embarcadero Center, 22nd Floor
   San Francisco, California 94111
3  Telephone: (415) 374-2301
   Facsimile: (415) 374-2499
4  michael.shepard@hoganlovells.com

5  Norman J. Blears (Bar No. 95600)
   Maren J. Clouse (Bar No. 228726)
6  HOGAN LOVELLS US LLP
   525 University Avenue, 4th Floor
7  Palo Alto, California 94301
   Telephone: (650) 463-4000
8  Facsimile: (650) 463-4199
   norman.blears@hoganlovells.com
9  maren.clouse@hoganlovells.com

10 Attorneys for Defendant Steven M. Neil

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF CITY OF HIALEAH EMPLOYEES' RETIREMENT SYSTEM, derivatively on behalf of Diamond Foods, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. MENDES, STEVEN M. NEIL, LAURENCE M. BAER, EDWARD A. BLECHSCHMIDT, JOHN J. GILBERT, ROBERT M. LEA, GLEN C. WARREN, JR., RICHARD G. WOLFORD and ROBERT J. ZOLLARS,<br><br>Defendants,<br><br>and<br><br>DIAMOND FOODS, INC.,<br><br>Nominal Defendant. | Case No. 11-CV-05692 WHA<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**<br><br>The Honorable William H. Alsup<br><br>Date Action Filed: November 28, 2011 |

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that defendant Steven M. Neil hereby substitutes the law firm of

3   Hogan Lovells US LLP as his counsel of record in this action, in the place and instead of Fenwick &

4   West LLP.

5   Pursuant to such substitution, Mr. Neil hereby request that all notices, filings and other

6   documents in this action be served on the following counsel:

>   Michael J. Shepard (Bar No. 91281)
>   HOGAN LOVELLS US LLP
>   4 Embarcadero Center, 22nd Floor
>   San Francisco, California  94111
>   Telephone:  (415) 374-2301
>   Facsimile:   (415) 374-2499
>   michael.shepard@hoganlovells.com
>
>   Norman J. Blears (Bar No. 95600)
>   Maren J. Clouse (Bar No. 228726)
>   525 University Avenue, 4th Floor
>   Palo Alto, California 94301
>   Telephone:  (650) 463-4000
>   Facsimile:   (650) 463-4199
>   norman.blears@hoganlovells.com
>   maren.clouse@hoganlovells.com

I hereby agree to the foregoing substitution.

Dated:  February 14, 2012          By:      /s/ *Steven M. Neil*
                                                Steven M. Neil

We hereby agree to the foregoing substitution.

Dated: February 14, 2012           FENWICK & WEST LLP

                                   By:      /s/ *Jennifer C. Bretan*
                                                Jennifer C. Bretan

We hereby accept the foregoing substitution.

Dated:  February 14, 2012          HOGAN LOVELLS US LLP

                                   By:      /s/ *Michael J. Shepard*
                                                Michael J. Shepard

NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER
CASE NO. 11-cv-05692 WHA

**ORDER**

Pursuant to the foregoing, it is hereby **ORDERED** that the law firm of Hogan Lovells US LLP is substituted as counsel of record in this action for defendant Steven M. Neil, in place and instead of Fenwick & West LLP.

Dated:  February 16, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE

**ATTESTATION**

Pursuant to General Order No. 45, Section X (B), I, Michael J. Shepard, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  February 14, 2012

 /s/ *Michael J. Shepard*
Michael J. Shepard