1 | Sara B. Brody (SBN 130222)
  | sbrody@sidley.com
2 | Robert B. Martin, III (SBN 235489)
  | rbmartin@sidley.com
3 | Naomi A. Igra (SBN 269095)
  | nigra@sidley.com
4 | SIDLEY AUSTIN LLP
  | 555 California Street, Suite 2000
5 | San Francisco, California 94104
  | Telephone: (415) 772-1200
6 | Facsimile: (415) 772-7400

7 | Attorneys for Defendant
  | *Michael J. Mendes*
8 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF CITY OF HIALEAH EMPLOYEES' RETIREMENT SYSTEM, derivatively on behalf of Diamond Foods, Inc., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. MENDES, STEVEN M. NEIL, LAURENCE M. BAER, EDWARD A. BLECHSCHMIDT, JOHN J. GILBERT, ROBERT M. LEA, GLEN C. WARREN, JR., RICHARD G. WOLFORD and ROBERT J. ZOLLARS, <br><br> Defendants, <br><br> And <br><br> DIAMOND FOODS, INC., <br><br> Nominal Defendant. | Case No. 11 CV 05692 (WHA) <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |

---

**NOTICE OF SUBSTITUTION OF COUNSEL – CASE NOS. 11 CV 05692 & 11 CV 06417**
SF1 1788242v.1

| | |
|---|---|
| DAVE LUCIA, derivatively on behalf of DIAMOND FOODS, INC., | Case No. 11 CV 06417 (WHA) |
| Plaintiff, | |
| v. | |
| LAURENCE M. BAER, EDWARD A. BLECHSCHMIDT, JOHN J. GILBERT, ROBERT M. LEA, MICHAEL J. MENDES, JOSEPH P. SILVEIRA, STEVEN M. NEIL, GLEN C. WARREN, JR., RICHARD G. WOLFORD, and ROBERT J. ZOLLARS, | |
| Defendants, | |
| And | |
| DIAMOND FOODS, INC., | |
| Nominal Defendant. | |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that defendant Michael J. Mendes hereby substitutes the
3  law firm of Sidley Austin LLP as his counsel of record in this action, in the place and instead
4  of Fenwick & West LLP.

5      Pursuant to such substitution, Mr. Mendes hereby request that all notices, filings and
6  other documents in this action be served on the following counsel:

    Sara B. Brody
    Robert B. Martin, III
    Naomi A. Igra
    SIDLEY AUSTIN LLP
    555 California Street, Suite 2000
    San Francisco, California 94104
    Telephone: (415) 772-1200
    Facsimile: (415) 772-7400

13  I hereby agree to the foregoing substitution.

14  Dated:  February 14, 2012        By:    /s/ *Michael J. Mendes*
                                                         MICHAEL J. MENDES

17  We hereby agree to the foregoing substitution.

18  Dated:  February 14, 2012        FENWICK & WEST LLP

                                                      By:    /s/ *Jennifer C. Bretan*
                                                                JENNIFER C. BRETAN

1
2  We hereby accept the foregoing substitution.

3  Dated:  February 14, 2012                         SIDLEY AUSTIN LLP

4
5
6                                                By:      /s/ *Sara B. Brody*
                                                       SARA B. BRODY
7                                                      ROBERT B. MARTIN, III
                                                       NAOMI A. IGRA
8

## **ORDER**

Pursuant to the foregoing, it is hereby **ORDERED** that the law firm of Sidley Austin LLP is substituted as counsel of record in this action for defendant Michael J. Mendes, in place and instead of Fenwick & West LLP.

Dated:  February 16, 2012



William Alsup
UNITED STATES DISTRICT JUDGE