| | |
|---|---|
| 1 | PAUL COLLINS (CSB No. 187709) |
| 2 | pcollins@gibsondunn.com |
|   | GIBSON DUNN & CRUTCHER LLP |
| 3 | 1881 Page Mill Road |
|   | Palo Alto, California 94304 |
| 4 | Telephone: (650) 849-5309 |
|   | Facsimile: (650) 849-5009 |

Attorneys for Defendants LAURENCE M. BAER, EDWARD A. BLECHSCHMIDT, GLEN C. WARREN, JR., RICHARD G. WOLFORD and ROBERT J. ZOLLARS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF CITY OF HIALEAH EMPLOYEES' RETIREMENT SYSTEM, derivatively on behalf of Diamond Foods, Inc., | Case No. CV 11-05692 WHA |
| | **NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |
| Plaintiff, | Judge: The Honorable William H. Alsup |
| v. | Date Action Filed: November 28, 2011 |
| MICHAEL J. MENDES, STEVEN M. NEIL, LAURENCE M. BAER, EDWARD A. BLECHSCHMIDT, JOHN J. GILBERT, ROBERT M. LEA, GLEN C. WARREN, JR., RICHARD G. WOLFORD and ROBERT J. ZOLLARS, | |
| Defendants, | |
| and | |
| DIAMOND FOODS, INC., | |
| Nominal Defendant. | |

NOTICE OF SUBSTITUTION OF COUNSEL                                        CASE NO. CV 11-05692 WHA

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendants Laurence M. Baer, Edward A. Blechschmidt, Glen C. Warren, Jr., Richard G. Wolford and Robert J. Zollars hereby substitute the law firm of Gibson Dunn & Crutcher LLP as their counsel of record in this action, in the place and instead of Fenwick & West LLP.

Pursuant to such substitution, Messrs. Baer, Blechschmidt, Warren, Wolford and Zollars hereby request that all notices, filings and other documents in this action be served on the following counsel:

> Paul J. Collins
> GIBSON, DUNN & CRUTCHER LLP
> 1881 Page Mill Road
> Palo Alto, California 94304
> Telephone: (650) 849-5309
> Facsimile: (650) 849-5009

We hereby agree to the foregoing substitution.

| Dated: February 14, 2012 | By: | /s/ *Laurence M. Baer* |
| | | Laurence M. Baer |
| Dated: February 14, 2012 | By: | /s/ *Edward A. Blechschmidt* |
| | | Edward A. Blechschmidt |
| Dated: February 14, 2012 | By: | /s/ *Glen C. Warren, Jr.* |
| | | Glen C. Warren, Jr. |
| Dated: February 14, 2012 | By: | /s/ *Richard G. Wolford* |
| | | Richard G. Wolford |
| Dated: February 14, 2012 | By: | /s/ *Robert J. Zollars* |
| | | Robert J. Zollars |

NOTICE OF SUBSTITUTION OF COUNSEL        1        CASE NO. CV 11-06417 WHA

We hereby agree to the foregoing substitution.

Dated: February 14, 2012         FENWICK & WEST LLP

                                 By:   /s/ *Jennifer C. Bretan*
                                       Jennifer C. Bretan

We hereby accept the foregoing substitution.

Dated: February 14, 2012         GIBSON DUNN & CRUTCHER LLP

                                 By:   /s/ *Paul Collins*
                                       Paul Collins

## ORDER

Pursuant to the foregoing, it is hereby **ORDERED** that the law firm of Gibson Dunn & Crutcher LLP is substituted as counsel of record in this action for defendants Laurence M. Baer, Edward A. Blechschmidt, Glen C. Warren, Jr., Richard G. Wolford and Robert J. Zollars, in place and instead of Fenwick & West LLP.

Dated: February 16, 2012.

                                 William Alsup
                                 UNITED STATES DISTRICT JUDGE

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Paul J. Collins, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of February 2012 at Palo Alto, California.

                          /s/ *Paul Collins*
                           Paul J. Collins