PAUL COLLINS (CSB No. 187709)
pcollins@gibsondunn.com
GIBSON DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5309
Facsimile: (650) 849-5009

Attorneys for Defendants LAURENCE M. BAER,
EDWARD A. BLECHSCHMIDT, GLEN C.
WARREN, JR., RICHARD G. WOLFORD and
ROBERT J. ZOLLARS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF CITY OF HIALEAH EMPLOYEES' RETIREMENT SYSTEM, derivatively on behalf of Diamond Foods, Inc., | Case No.  CV 11-05692 WHA |
| | **NOTICE OF SUBSTITUTION OF COUNSEL AND ~~[PROPOSED]~~ ORDER** |
| Plaintiff, | |
| | Judge: The Honorable William H. Alsup |
| v. | Date Action Filed:  November 28, 2011 |
| MICHAEL J. MENDES, STEVEN M. NEIL, LAURENCE M. BAER, EDWARD A. BLECHSCHMIDT, JOHN J. GILBERT, ROBERT M. LEA, GLEN C. WARREN, JR., RICHARD G. WOLFORD and ROBERT J. ZOLLARS, | |
| Defendants, | |
| and | |
| DIAMOND FOODS, INC., | |
| Nominal Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendants Laurence M. Baer, Edward A. Blechschmidt, Glen C. Warren, Jr., Richard G. Wolford and Robert J. Zollars hereby substitute the law firm of Gibson Dunn & Crutcher LLP as their counsel of record in this action, in the place and instead of Fenwick & West LLP.

Pursuant to such substitution, Messrs. Baer, Blechschmidt, Warren, Wolford and Zollars hereby request that all notices, filings and other documents in this action be served on the following counsel:

Paul J. Collins
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5309
Facsimile: (650) 849-5009

We hereby agree to the foregoing substitution.

Dated:  February 14, 2012          By: _____/s/ *Laurence M. Baer*_____
                                        Laurence M. Baer

Dated:  February 14, 2012          By: _____/s/ *Edward A. Blechschmidt*_____
                                        Edward A. Blechschmidt

Dated:  February 14, 2012          By: _____/s/ *Glen C. Warren, Jr.*_____
                                        Glen C. Warren, Jr.

Dated:  February 14, 2012          By: _____/s/ *Richard G. Wolford*_____
                                        Richard G. Wolford

Dated:  February 14, 2012          By: _____/s/ *Robert J. Zollars*_____
                                        Robert J. Zollars

1

2        We hereby agree to the foregoing substitution.

3    Dated:  February 14, 2012                    FENWICK & WEST LLP

4

5                                                 By: _____/s/ *Jennifer C. Bretan*_____
                                                      Jennifer C. Bretan

6

7        We hereby accept the foregoing substitution.

8    Dated:  February 14, 2012                    GIBSON DUNN & CRUTCHER LLP

9

10                                                By: _____/s/ *Paul Collins*_____
                                                      Paul Collins

11                                       **ORDER**

12       Pursuant to the foregoing, it is hereby **ORDERED** that the law firm of Gibson Dunn &

13   Crutcher LLP is substituted as counsel of record in this action for defendants Laurence M. Baer,

14   Edward A. Blechschmidt,  Glen C. Warren, Jr., Richard G. Wolford and Robert J. Zollars, in

15   place and instead of Fenwick & West LLP.

16

17   Dated:  February 16, 2012.

18                                                _____
                                                      William Alsup
19                                                    UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

---

NOTICE OF SUBSTITUTION OF COUNSEL          2          CASE NO.  CV 11-06417 WHA

1

2

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

3

     I, Paul J. Collins, attest that concurrence in the filing of this document has been obtained

4

from each of the other signatories.

5

     I declare under penalty of perjury under the laws of the United States of America that the

6

foregoing is true and correct.  Executed this 15th day of February 2012 at Palo Alto, California.

7

8

                                      _____ */s/ Paul Collins* _____
                                                 Paul J. Collins

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28