United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF CITY OF HIALEAH EMPLOYEES' RETIREMENT SYSTEM, derivatively on behalf of Diamond Foods, Inc.,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL MENDES, *et al.*,<br><br>    Defendants.<br><br>  and<br><br>DIAMOND FOODS, INC.<br><br>    Nominal Defendant.<br>———————————————————/ | No. C 11-05692 WHA<br><br>**ORDER CONSOLIDATING ACTIONS AND CASE MANAGEMENT ORDER** |
| DAVE LUCIA,<br><br>    Plaintiff,<br><br>  v.<br><br>LAURENCE M. BAER, *et al.*,<br><br>    Defendants.<br><br>  and<br><br>DIAMOND FOODS, INC.<br><br>    Nominal Defendant.<br>———————————————————/ | No. C 11-06417 WHA |

The parties have stipulated that the following derivative actions should be consolidated:

C 11-05692  *Board of Trustees of City of Hialeah Employees' Retirement System v. Mendes, et al.*

C 11-06417  *Lucia v. Baer, et al.*

The Court finds that consolidation is appropriate. The above-stated cases are consolidated for all purposes, including, but not limited to, discovery, pretrial proceedings, and trial proceedings pursuant to Federal Rule of Civil Procedure 42.

The consolidated cases shall be identified as *In re Diamond Foods, Inc. Derivative Litigation*, Case No. CV 11-05692 WHA, and the files of this action shall be maintained in one file under Master File No. 11-05692. Every pleading filed in the consolidated action shall bear the following caption:

In re Diamond Foods, Inc., Derivative Litigation ) Case No. 11-CV-05692 (WHA)

This Document Relates to:

When a pleading is intended to be applicable to some, but not all, of such actions, the docket number for each individual action to which the document is intended to be applicable, shall appear immediately after the words: "This Document Relates to"

Any action now pending or hereafter filed in this district that arises out of the same facts and claims as alleged in these related actions shall be consolidated for all purposes as the Court becomes aware of them. The parties shall notify the Court of any other action pending or filed outside this district that may be related to the subject matter of these consolidated actions, if and when they become aware of such actions.

2

Plaintiffs shall file a consolidated complaint **BY MARCH 1, 2012**. The consolidated complaint shall be the operative complaint and supersede all complaints in any of the actions consolidated herein. Defendants shall respond to the consolidated complaint within 45 days of receiving service. Defendants indicated at the case management conference their intention to file a motion to dismiss on several grounds. Defendants shall file one motion to dismiss, noticed on the normal 35-day track, in accordance with the above-stated schedule.

Lead plaintiff and lead counsel will not be appointed at this time, as this would be premature.

**IT IS SO ORDERED.**

Dated: February 16, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE