1  JAMES N. KRAMER (CSB No. 154709)
   jkramer@orrick.com
2  STEVEN A. HONG (CSB No. 252866)
   shong@orrick.com
3  ORRICK HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
5  San Francisco, California 94105
   Telephone: (415) 773-5700
6  Facsimile: (415) 773-5759

7  Attorneys for Defendants John J. Gilbert and Robert
   M. Lea

10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                   SAN FRANCISCO DIVISION

13 | In re DIAMOND FOODS, INC., | Case No. CV 11-05692 (WHA)
   | DERIVATIVE LITIGATION |
14 |                           | **NOTICE OF SUBSTITUTION OF COUNSEL**
   |                           | **AND [PROPOSED] ORDER**
15 | This Document Relates To: |
   |                           | Judge: The Honorable William H. Alsup
16 | ALL ACTIONS               |
   |                           | Date Action Filed: November 28, 2011

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendants John J. Gilbert and Robert M. Lea hereby substitute the law firm of Orrick Herrington & Sutcliffe LLP as their counsel of record in this action, in the place and instead of Fenwick & West LLP.

Pursuant to such substitution, Messrs. Gilbert and Lea hereby request that all notices, filings and other documents in this action be served on the following counsel:

James N. Kramer
Steven A. Hong
ORRICK HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

We hereby agree to the foregoing substitution.

Dated: March 9, 2012          By: _____
                                   John J. Gilbert

Dated: March 2, 2012          By: _____
                                   Robert M. Lea


We hereby agree to the foregoing substitution.

Dated: March 2, 2012          FENWICK & WEST LLP

                              By: ___/s/ Jennifer C. Bretan___
                                   Jennifer C. Bretan


We hereby accept the foregoing substitution.

Dated: March 2, 2012          ORRICK HERRINGTON &
                              SUTCLIFFE LLP

                              By: ___/s/ James N. Kramer___
                                   James N. Kramer

---

NOTICE OF SUBSTITUTION OF COUNSEL               CASE NO. CV 11-06417 WHA

**ORDER**

Pursuant to the foregoing, it is hereby **ORDERED** that the law firm of Orrick Herrington & Sutcliffe LLP is substituted as counsel of record in this action for defendants John J. Gilbert and Robert M. Lea, in place and instead of Fenwick & West LLP.

Dated: March 15, 2012.



William Alsup
UNITED STATES DISTRICT JUDGE