| | |
|---|---|
| 1 | JAMES N. KRAMER (CSB No. 154709) |
| | jkramer@orrick.com |
| 2 | STEVEN A. HONG (CSB No. 252866) |
| | shong@orrick.com |
| 3 | ORRICK HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 4 | 405 Howard Street |
| 5 | San Francisco, California 94105 |
| | Telephone: (415) 773-5700 |
| 6 | Facsimile: (415) 773-5759 |
| 7 | Attorneys for Defendants John J. Gilbert and Robert M. Lea |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re DIAMOND FOODS, INC., DERIVATIVE LITIGATION | Case No. CV 11-05692 (WHA) |
| | **NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |
| This Document Relates To: | Judge: The Honorable William H. Alsup |
| ALL ACTIONS | Date Action Filed: November 28, 2011 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendants John J. Gilbert and Robert M. Lea hereby substitute the law firm of Orrick Herrington & Sutcliffe LLP as their counsel of record in this action, in the place and instead of Fenwick & West LLP.

Pursuant to such substitution, Messrs. Gilbert and Lea hereby request that all notices, filings and other documents in this action be served on the following counsel:

James N. Kramer
Steven A. Hong
ORRICK HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

We hereby agree to the foregoing substitution.

Dated: March 9, 2012          By: _____
                                   John J. Gilbert

Dated: March 2, 2012          By: _____
                                   Robert M. Lea


We hereby agree to the foregoing substitution.

Dated: March 2, 2012          FENWICK & WEST LLP

                              By: ____/s/ Jennifer C. Bretan____
                                   Jennifer C. Bretan

We hereby accept the foregoing substitution.

Dated: March 2, 2012          ORRICK HERRINGTON &
                              SUTCLIFFE LLP

                              By: ____/s/ James N. Kramer____
                                   James N. Kramer

---

NOTICE OF SUBSTITUTION OF COUNSEL                    CASE NO. CV 11-06417 WHA

## **ORDER**

Pursuant to the foregoing, it is hereby **ORDERED** that the law firm of Orrick Herrington & Sutcliffe LLP is substituted as counsel of record in this action for defendants John J. Gilbert and Robert M. Lea, in place and instead of Fenwick & West LLP.

Dated: March 15, 2012.



_____
William Alsup
UNITED STATES DISTRICT JUDGE