IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE DIAMOND FOODS, INC. No. C 11-05692 WHA
DERIVATIVE LITIGATION

This Document Relates to:

    All Actions. **JUDGMENT**

_____/

    For the reasons stated in the accompanying order dismissing this action for lack of subject-matter jurisdiction, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of nominal defendant Diamond Foods, Inc., Michael J. Mendes, Steven M. Neil, Laurence M. Baer, Edward A. Blechschmidt, John J. Gilbert, Glen C. Warren, Richard G. Wolford, Robert J. Zollars, Robert M. Lea, Dennis Mussel, and the Estate of Joseph P. Silveira, and Deloitte & Touche LLP and against plaintiffs Board of Trustees of City of Hialeah Employees' Retirement System and Dave Lucia. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: May 29, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE