**United States District Court**
For the Northern District of California

1
2
3
4
5
6                      IN THE UNITED STATES DISTRICT COURT
7                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10
11   IN RE DIAMOND FOODS, INC.                    No. C 11-05692 WHA
     DERIVATIVE LITIGATION
12
     This Document Relates to:
13                                                 **JUDGMENT**
         All Actions.
14
                                                /
15

16         For the reasons stated in the accompanying order dismissing this action for lack of

17   subject-matter jurisdiction, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of nominal

18   defendant Diamond Foods, Inc., Michael J. Mendes, Steven M. Neil, Laurence M. Baer,

19   Edward A. Blechschmidt, John J. Gilbert, Glen C. Warren, Richard G. Wolford, Robert J.

20   Zollars, Robert M. Lea, Dennis Mussel, and the Estate of Joseph P. Silveira, and Deloitte &

21   Touche LLP and against plaintiffs Board of Trustees of City of Hialeah Employees' Retirement

22   System and Dave Lucia.  The Clerk **SHALL CLOSE THE FILE**.

23

24      **IT IS SO ORDERED.**

25

26   Dated:  May 29, 2012.
                                          _____
27                                        WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE
28